(114 So. 924)

Lawson LOVE v. STATE. (4 Div. 278.)
Court of Appeals of Alabama. Nov. 15, 1927.

J. S. Williams, Judge.

RICE, J. Appeal dismissed.

(115 So. 924)

J. A. LUTTS v. J. B. COLT & CO. (8 Div. 560.) Court of Appeals of Alabama. Jan. 31, 1928.

B. H. Sargent, Judge.

RICE, J. Appeal dismissed.

(118 So. 925)

F. N. LYNN v. C. J. ROLLINS, Sheriff. (4 Div. 457.) Court of Appeals of Alabama. Nov. 13, 1928.

H. K. Martin, Judge.

RICE, J. Affirmed.

(117 So. 925)

Gus LYONS v. STATE. (1 Div. 783.) Court of Appeals of Alabama. May 22, 1928. Saffold Berney, Judge. Gordon, Edington & Leigh, of Mobile, for appellant. Charlie C. McCall, Atty. Gen., and W. M. Rayburn, Asst. Atty. Gen., for the State.

SAMFORD, J. Defendant was convicted of an assault and battery, and appeals. The Attorney General confesses error, and the judgment is reversed and the cause remanded, on authority of Taylor v. State, 17 Ala. App. 508, 85 So. 877. Reversed and remanded.

(114 So. 924)

Mat MABSON v. STATE. (4 Div. 308.)
Court of Appeals of Alabama. Nov. 15, 1927.

A. E. Gamble, Judge.

BRICKEN, P. J. Appeal dismissed.

(111 So. 925)

Marion McBAY v. STATE. (8 Div. 484.) (Court of Appeals of Alabama. March 22, 1927.) J. E. Horton, Judge.

SAMFORD, J. Appeal dismissed on motion of appellant.

(116 So. 925)

W. T. McCARTHY v. STATE. (1 Div. 777.)
Court of Appeals of Alabama. April 10, 1928.

Saffold Berney, Judge. Trespass after warning.

SAMFORD, J. Affirmed.

(115 So. 924)

Gene McCLAIN v. STATE. (6 Div. 329.)
Court of Appeals of Alabama. Jan. 10, 1928.

Ernest Lacy, Judge.

RICE, J. Affirmed.

(117 So. 925)

W. T. McDANIEL v. STATE. (7 Div. 452.)
Court of Appeals of Alabama. June 12, 1928.
E. S. Lyman, Judge.

SAMFORD, J. Appeal dismissed.

(115 So. 924)

Will McDONALD v. STATE. (8 Div. 579.)
Court of Appeals of Alabama. Jan. 31, 1928.
W. R. Jackson, Judge.

BRICKEN, P. J. Appeal dismissed.

(114 So. 924)

Ned McDOWELL v. STATE. (4 Div. 339.)
Court of Appeals of Alabama. Nov. 22, 1927.
W. L. Parks, Judge.

RICE, J. Affirmed.

(117 So. 925)

Charley McELROY v. STATE. (7 Div. 406.)
Court of Appeals of Alabama. June 5, 1928.

R. B. Carr, Judge. Distilling.

SAMFORD, J. Appeal dismissed.

(118 So. 925)

Norma McELROY v. STATE. (4 Div. 407.)
Court of Appeals of Alabama. Nov. 20, 1928.

J. S. Williams, Judge. Assault and battery.

SAMFORD, J. Affirmed.

(112 So. 923)

Lee McGINNESS v. State. (8 Div. 564.)
Court of Appeals of Alabama. May 24, 1927.

James E. Horton, Judge.

SAMFORD, J. Affirmed.

(115 So. 924)

Will McGINNIS v. STATE. (8 Div. 616.)
Court of Appeals of Alabama. Jan. 31, 1928.

James E. Horton, Judge.

SAMFORD, J. Affirmed.